71 A.3d 245

**RITNER ASSOCIATES LLC, Respondent**

v.

**Whitney LARKINS, Petitioner.**

**No. 4 EM 2013.**

Supreme Court of Pennsylvania.

April 17, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of April, 2013, the Petition for Review and the Application to Amend are **DENIED.**